**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BOWANDA MCAFEE,

Plaintiff(s),

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____________________________________/

Case No. 26-cv-11038
Hon. Jonathan J.C. Grey

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 14), GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 11), AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 12)**

The matter is before the Court on Plaintiff Bowanda McAfee's and Defendant Commissioner of Social Security's ("the Commissioner") cross-motions for summary judgment. (ECF Nos. 11, 12.) All pretrial matters were referred to Magistrate Judge Patricia T. Morris. (ECF No. 8.)

On October 21, 2026, Magistrate Judge Morris issued a Report and Recommendation ("R&R") in which she recommended that this Court: (1) deny the Commissioner's motion for summary judgment; (2) grant in

part[1] McAfee's motion for summary judgment; (3) vacate the decision of the administrative law judge; and (4) remand the case for further proceedings consistent with the R&R. (ECF No. 13.) No party has filed an objection to the R&R.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Morris reached the correct conclusions for the proper reasons. Finding no error in the R&R, the Court adopts the R&R in its entirety. Furthermore, as neither party has raised an objection, the Court finds that the parties have waived any further objections to the R&R. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the R&R dated October 21, 2026 (ECF No. 14) is **ADOPTED** as this Court's findings of fact and conclusions of law.

---

[1] Although the R&R ostensibly recommends granting McAfee's motion, it is clear that the R&R in practice recommends a "grant in part" because it finds that the administrative law judge erred such that remand is necessary but declines to determine whether McAfee is entitled to supplemental security income. (ECF No. 14, PageID.1369.)

**IT IS FURTHER ORDERED** that McAfee's motion for summary judgment (ECF No. 11) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment (ECF No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that the administrative law judge's decision is **VACATED**.

**IT IS FURTHER ORDERED** that the case is remanded for further proceedings consistent with the R&R pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

Date: November 16, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 16, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager